IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*NORFOLK DIVISION*

UNITED STATES OF AMERICA,

v.

                                                Criminal No.: 2:18cr119

DESMOND LITTLEJOHN

## MOTION FOR APPOINTMENT OF DEFENSE DNA EXPERT AT GOVERNMENT EXPENSE

NOW COMES the Defendant, by counsel, and moves this Court, pursuant to Rule 12 of the Federal Rules of Criminal Procedure and Rule 702 of the Federal Rules of Evidence, to appoint a defense DNA expert at government expense. In support thereof, the Defendant states as follows:

1. The Defendant has been declared indigent and has been assigned Defense Counsel under the Criminal Justice Act.

2. DNA evidence is intended for introduction by the Government.

3. There are 3 separate DNA results in this case. Each has different conclusions.

4. The Defense requests assistance in interpreting, evaluating, and analyzing the procedures, techniques, conclusions, findings, and results of the Government expert, and the 3 separate certificates of analysis.

5. The Defense needs its own expert in order to prepare proper questions and compare conclusions, findings, and results.

WHEREFORE: For the reasons set forth above, the Defendant, by counsel, respectfully moves this Court to appoint a Defense DNA Expert at Government Expense.

DESMOND LITTLEJOHN

_____/s/_____
Scott F. Hallauer
Virginia State Bar # 42829
Attorney for the Defendant
Hallauer Law Firm
520 S. Independence Blvd, Suite 210
Virginia Beach, VA 23452
Telephone: (757) 474-0089
Facsimile: (757) 474-0692
Email: scott@hallauerlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I served a true copy of the foregoing via the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record, including:

William Muhr
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone No: (757) 441-6331
Facsimile No: (757) 441-6689
E-Mail: bill.muhr@usdoj.gov

_____/s/_____
Scott F. Hallauer
Virginia State Bar # 42829
Attorney for the Defendant
Hallauer Law Firm
520 S. Independence Blvd, Suite 210
Virginia Beach, VA 23452
Telephone: (757) 474-0089
Facsimile: (757) 474-0692
Email: scott@hallauerlaw.net