IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*NORFOLK DIVISION*

UNITED STATES OF AMERICA,

v.

                                                                                                                                                                     Criminal No.: 2:18cr119

DESMOND LITTLEJOHN

## **MOTION TO EXCLUDE DNA EVIDENCE**

      NOW COMES the Defendant, by counsel, and moves this Court, pursuant to Rule 12 of the Federal Rules of Criminal Procedure and Rule 403 of the Federal Rules of Evidence, to exclude any certificate of analysis pertaining to a ski mask allegedly recovered near the scene of the alleged robbery. In support thereof, the Defendant states as follows:

1. A ski mask is alleged to have been recovered about 0.4 miles away from the alleged robbery.
2. The ski mask was tested for DNA.
3. The test revealed a mixture DNA profile on February 5, 2018.
4. A mixture DNA profile indicates DNA material from more than 1 person.
5. This mixture DNA was tested against the DNA databank on February 5, 2018.
6. The same mixture DNA was tested against buccal swabs from the Defendant more than a month later on March 30, 2018.
7. The March 30, 2018 certificate of analysis contains a mistake in the statistical calculations.
8. On May 23, 2018, nearly 2 months later a third certificate of analysis attempts to correct the statistical calculations.

      Federal Rule of Evidence 403 states "Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence."

Here the admission of any certificate is unfairly prejudicial, confusing and misleading. There is DNA from more than one person present on the ski mask. There is a mistake in the statistical calculations of the last certificate. These circumstances diminish the reliability of the certificates to the extent that they should be excluded.

WHEREFORE: For the reasons set forth above, the Defendant, by counsel, respectfully moves this Court to exclude any DNA evidence related to an alleged ski mask recovered by police.

DESMOND LITTLEJOHN

_____/s/_____
Scott F. Hallauer
Virginia State Bar # 42829
Attorney for the Defendant
Hallauer Law Firm
520 S. Independence Blvd, Suite 210
Virginia Beach, VA 23452
Telephone: (757) 474-0089
Facsimile: (757) 474-0692
Email: scott@hallauerlaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018, I served a true copy of the foregoing via the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record, including:

William Muhr
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone No: (757) 441-6331
Facsimile No: (757) 441-6689
E-Mail: bill.muhr@usdoj.gov


_____/s/_____
Scott F. Hallauer
Virginia State Bar # 42829
Attorney for the Defendant
Hallauer Law Firm
520 S. Independence Blvd, Suite 210
Virginia Beach, VA 23452
Telephone: (757) 474-0089
Facsimile: (757) 474-0692
Email: scott@hallauerlaw.net