IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
*NORFOLK DIVISION*

UNITED STATES OF AMERICA,

v.

Criminal No.: 2:18cr119

DESMOND LITTLEJOHN

# **NOTICE OF REQUEST FOR HEARING**

NOW COMES the Defendant, by counsel, and requests a hearing, as follows:

1. Respectfully requests a hearing on the Defendant's Motion to Continue the October 23 and 24 jury trial date.

2. Respectfully requests a hearing on the Defendant's Motion for a Defense DNA Expert.

3. Respectfully requests a hearing on the Defendant's Motion to Exclude the DNA Evidence.

4. Respectfully requests a hearing on the Defendant's Motion to Dismiss for Lack of Jurisdiction.

DESMOND LITTLEJOHN

_____/s/_____
Scott F. Hallauer
Virginia State Bar # 42829
Attorney for the Defendant
Hallauer Law Firm
520 S. Independence Blvd, Suite 210
Virginia Beach, VA 23452
Telephone: (757) 474-0089
Facsimile: (757) 474-0692
Email: scott@hallauerlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2018, I served a true copy of the foregoing via the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record, including:

William Muhr
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510
Telephone No: (757) 441-6331
Facsimile No: (757) 441-6689
E-Mail: bill.muhr@usdoj.gov

                                              /s/
                                      Scott F. Hallauer
                                      Virginia State Bar # 42829
                                      Attorney for the Defendant
                                      Hallauer Law Firm
                                      520 S. Independence Blvd, Suite 210
                                      Virginia Beach, VA 23452
                                      Telephone: (757) 474-0089
                                      Facsimile: (757) 474-0692
                                      Email: scott@hallauerlaw.net