IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

UNITED STATES OF AMERICA,

v.  Docket No.: 2:18-cr-119

DESMOND LITTLEJOHN,

    Defendant.

## MOTION FOR CONTINUANCE

COMES NOW the defendant, DESMOND LITTLEJOHN, by counsel, respectfully moves the Court to continue his trial. As grounds for the motion the defendant avers as follows:

1. That on July 31, 2018, Mr. Littlejohn was arrested and charged with two counts of 18:1951(a) and 18:924(c)(1)(A)(ii) and 2 ;

2. The undersigned was appointed as of today's date to represent the Defendant concerning this case;

3. That counsel requests a continuance based on the fact that counsel was just court appointed to represent Desmond Littlejohn, the case is complex and the discovery is voluminous and will need further time prepare for trial;

4. The United States Attorney, William Muhr has no objection to the Court granting a continuance to allow counsel time to prepare for trial;

WHEREFORE, defendant respectfully prays for the entry of an order in accordance with this motion.

Respectfully submitted,
DESMOND LITTLEJOHN
By Counsel

_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
Counsel for DESMOND LITTLEJOHN
ZOBY, BROCCOLETTI & NORMILE, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com

## CERTIFICATE OF SERVICE

I hereby certify that on the ____ day of December, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William Muhr, Esquire
Assistant U.S. Attorney
*Office of the United States Attorney*
101 W. Main Street, STE 8000
Norfolk, VA 23510


_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
Counsel for DESMOND LITTLEJOHN
ZOBY, BROCCOLETTI & NORMILE, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com