

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO.   2:18cr119 |
| | ) | |
| DESMOND LITTLEJOHN | ) | |
| | ) | |
| Defendant. | ) | |

### STIPULATION #2

Both the Defendant and the United States stipulate and agree that the buccal swab (Ex. 11) was sealed in a bag after it was used to collect DNA from Desmond Littlejohn and was then transported to the Eastern Laboratory for a DNA analysis. The buccal swab remained in the sealed bag without any tampering or alterations until it was given to the forensic scientist who conducted the DNA analysis. Therefore, both parties agree that the United States does not have to call any witnesses whose sole testimony is to establish chain of custody for the buccal swab.

_____
James O. Broccoletti
Counsel for Defendant

_____
Desmond Littlejohn, Defendant

_____
William D. Muhr
Assistant United States Attorney