IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Norfolk Division

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO: 2:18CR119

DESMOND LITTLEJOHN,

        Defendant.

## MOTION TO WITHDRAW

Now comes the counsel for the defendant, and moves the Court for permission

to withdraw for the following reasons:

1.      That the defendant was tried by a jury on February 13, 2019;

2.      On February 15, 2019, the jury found the Defendant guilty of all charges;

3.      The sentencing hearing has been set for May 14, 2019 at 11:00 a.m. in

the Norfolk Federal Courthouse;

4.      Counsel requests that he be allowed to withdraw as court appointed

counsel for the defendant after the sentencing hearing and that new

counsel be appointed to handle his appeal;

WHEREFORE, counsel respectfully, moves for permission to withdraw.

                        Respectfully Submitted,
                        DESMOND LITTLEJOHN

                  _____/ s /_____
                  James O. Broccoletti, Esquire
                  Virginia State Bar No.: 17869
                  Attorney for Defendant
                  Zoby, Broccoletti & Normile, PC
                  6663 Stoney Point S
                  Norfolk, VA 23502

Telephone Number:  (757) 466-0750
Facsimile Number:    (757) 466-5026
Email Address: james@zobybroccoletti.com

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2019, I served a true copy of the foregoing via the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record, including:


Bill Muhr, Esq.
United States Attorney's Office
8000 World Trade Center
101 W. Main Street
Norfolk, VA 23510
757-441-6358
757-441-6689
Email Address: bill.muhr@usdoj.gov

_____/ s /_____
James O. Broccoletti, Esquire
Virginia State Bar No.: 17869
Attorney for Defendant
Zoby, Broccoletti & Normile, PC
6663 Stoney Point S
Norfolk, VA 23502
Telephone Number:  (757) 466-0750
Facsimile Number:    (757) 466-5026
Email Address: james@zobybroccoletti.com