IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

UNITED STATES OF AMERICA

vs.                                             DOCKET NO. 2:18CR119

DESMOND LITTLEJOHN,

        Defendant.

## NOTICE OF APPEAL

TO:    Bill Muhr, Esquire
        Assistant U. S. Attorney
        Office of the U. S. Attorney
        101 W. Main Street, STE 8000
        Norfolk, VA 23510

NOTICE IS HEREBY GIVEN that Desmond Littlejohn, Defendant above named, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 14th day of May, 2019

                                      Respectfully submitted,

                                      DESMOND LITTLEJOHN
                                      By Counsel

                                      _____/s/_____
                                      James O. Broccoletti, Esquire
                                      VSB# 17869
                                      Counsel for DESMOND LITTLEJOHN
                                      ZOBY & BROCCOLETTI, P.C.
                                      6663 Stoney Point South
                                      Norfolk, VA 23502
                                      (757) 466-0750
                                      (757) 466-5026
                                      james@zobybroccoletti.com

CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2019, I electronically filed the foregoing Notice Of Appeal with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Bill Muhr, Esquire
Assistant U. S. Attorney
Office of the U. S. Attorney
101 W. Main Street, STE 8000
Norfolk, VA 23510

_____/s/_____
James O. Broccoletti, Esquire
VSB# 17869
Counsel for DESMOND LITTLEJOHN
ZOBY & BROCCOLETTI, P.C.
6663 Stoney Point South
Norfolk, VA 23502
(757) 466-0750
(757) 466-5026
james@zobybroccoletti.com